UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LaSalle Bank National Association,
    Plaintiff,

v.                    Case No.  1:07-cv-175

William Appleton, et al.,
    Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed July 23, 2007 (Doc. 18).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Judgment is entered against defendants William Appleton and PHH Mortgage Corporation.

Date: August 14, 2007                      s/Sandra S. Beckwith
                                                              Sandra S. Beckwith, Chief Judge
                                                              United States District Court